CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 AUG 24 AM 11: 24

DEPUTY CLERK ___

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BURNS TILTON BOYD, | § | |
| Petitioner, | § | |
| v. | § | 2:10-CV-0191 |
| RICK THALER, Director, Texas Dep't of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On August 9, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein petitioner's habeas petition be dismissed as time barred. On August 20, 2010, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _24th_ day of _August_ 2010.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE